NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,**
*Defendant-Appellant,*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**
*Defendants-Appellants,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., MURATA POWER SOLUTIONS, INC., AND POWER-ONE, INC.,**
*Defendants-Appellants.*

---

2011-1191, -1192, -1193, -1194

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

## ON MOTION

---

Before LINN, *Circuit Judge.*

### ORDER

Delta Electronics, Inc., Delta Products Corp., Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Murata Power Solutions, Inc., and Power-One, Inc. (Delta) submit a motion for a stay, pending appeal, of the injunction entered by the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

SynQor, Inc. is directed to respond no later than February 4, 2011. The injunction is temporarily stayed to the extent that it applies to products described in Delta's motion that Delta asserts are sold to Fujitsu Ltd., Fujitsu Network Communications, Inc. and their affiliates and contract manufacturers and to Cisco Systems, Inc., pending this court's consideration of the papers submitted.

FOR THE COURT

JAN 3 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Thomas D. Rein, Esq.
Steven Nelson Williams, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 1 2011

JAN HORBALY
CLERK

Avin P. Sharma, Esq.
Michael J. Newton, Esq.
Alan D. Smith, Esq.
Earl Glenn Thames, Jr., Esq.
Eric W. Benisek, Esq.
William F. Lee, Esq.

s19